1

2

3

4

**FILED**

5

SEP 2 3 2011

6

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13   UNITED STATES OF AMERICA,                )        No. 11-70995 PSG
                                                          )
14          Plaintiff                                     )   **ORDER OF THE COURT CONTINUING**
                                                          )   **PRELIMINARY HEARING OR**
15                  v.                                    )   **ARRAIGNMENT**
                                                          )
16   JOSE GILBERTO ORTIZ,                      )
                                                          )
17          Defendant                                     )
                                                          )
18   _____ )

19
     UNITED STATES OF AMERICA,                )        No. 11-70994 PSG
20                                                        )
            Plaintiff                                     )   **ORDER OF THE COURT CONTINUING**
21                                                        )   **PRELIMINARY HEARING OR**
                    v.                                    )   **ARRAIGNMENT**
22                                                        )
     GUILLERMO GONZALEZ CASTILLO,     )
23                                                        )
            Defendant                                     )
24   _____ )

25

26          Based on the stipulation by all three parties to the above captioned cases, and for good

27   cause shown, the court ORDERS that the preliminary hearings or arraignment on an indictment,

28   currently set for September 29, 2011, be VACATED, and the matter re-set for Thursday, October

     13, 2011, at 1:30 p.m.

1    The court further FINDS that all three parties have waived the time limits within which

2  the preliminary hearing must be held, as set forth in Fed. R. Crim. P. 5.1, for the limited period of

3  time between September 29, 2011, and October 13, 2011.

4       IT IS SO ORDERED.

5

6  Date: _____9/23/11_____

7                                          HONORABLE HOWARD R. LLOYD
                                           United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28