GEOFFREY HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ORTIZ

FILED

JAN - 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00748 EJD (HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| JOSE GILBERTO ORTIZ, | **HON. HOWARD R. LLOYD** |
| Defendant. | |

**STIPULATION**

Defendant Jose Gilberto Oritz and the government, through their respective counsel, Assistant Federal Public Defender Varell L. Fuller, and Assistant United States Attorney Gary Fry, stipulate and agree to modify the defendant's previously set pretrial release conditions.

Mr. Ortiz is charged with two counts count of dealing firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A), ten counts of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and one count of knowing possession of a firearm with an altered serial number, in violation of 18 U.S.C. § 922(k). The Court released Mr. Gilberto-Ortiz on a $50,000 bond secured by the signature of two sureties, and ordered his travel restricted to the Northern District of California. Mr. Gilberto-Ortiz has complied with all pretrial release

Stipulation to Modify Release Conditions         1

1  conditions as ordered since his release.

2      Mr. Gilberto-Ortiz's wife travels to a monthly medical appointment with Dr. Dwight
3  James, M.D., 876 West Grand Avenue, Porterville, CA, located in the Eastern District of
4  California. Mr. Gilberto-Ortiz respectfully request that the Court modify his pretrial release
5  conditions to permit him to travel to the Eastern District of California, as permitted by Pretrial
6  Services, so he may accompany his wife to her monthly medical appointment. Counsel for Mr.
7  Gilberto-Ortiz has consulted with Mr. Gilberto-Ortiz's Pretrial Services Officer Jaime Carranza,
8  who has no objection to the proposed modification.

9      Accordingly, the parties stipulate and agree that Mr. Gilberto-Ortiz 's pretrial release
10 conditions may be modified to permit his to travel to the Eastern District of California, as
11 permitted by Pretrial Services, with all other conditions to remain in effect.

12     It is so stipulated.

13 January 8, 2012                /S/
14                            VARELL L. FULLER
                           Assistant Federal Public Defender

16 January 9, 2012                 /S/
                           GARY FRY
17 //                       Assistant United States Attorney

                               [proposed] <u>ORDER</u>

    GOOD CAUSE APPEARING, pursuant to the stipulation of the parties, IT IS HEREBY
ORDERED that the bond conditions of release previously set in this matter are modified to
permit Jose Gilberto Ortiz to travel to the Eastern District of California, as permitted by Pretrial
Services. All other conditions are to remain in effect.

    IT IS SO ORDERED.

Dated: 1/9/12                      _____
                             HONORABLE HOWARD R. LLOYD
                             United States Magistrate Judge